# No. 24-735
# In The United States Court of Appeals
# for the Ninth Circuit

---

JAMIE ROGOZINSKI,

*Plaintiff-Appellant,*

v.

REDDIT, INC.,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:23-cv-00686-MMC
Hon. Maxine M. Chesney

---

## ANSWERING BRIEF OF
## DEFENDANT-APPELLEE REDDIT, INC.

Ryan T. Mrazik
William Cheever Rava
Caleb Bacos
PERKINS COIE LLP
1201 3rd Ave, Suite 4900
Seattle, WA 98101

Lauren Pardee Ruben
PERKINS COIE LLP
1900 16th St, Suite 1400
Denver, CO 80202

Michael R. Huston
  *Counsel of Record*
PERKINS COIE LLP
2901 N Central Ave, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
mhuston@perkinscoie.com

*Counsel for Defendant-Appellee Reddit, Inc.*

## Fed. R. App. P. 26.1 Disclosure Statement

Reddit, Inc. ("Reddit"), has no parent company, and no publicly held corporation owns 10% or more of its stock. Reddit is aware of no publicly owned corporation not a party to the appeal that has a financial interest in the outcome of this litigation.

Date: December 20, 2024

*s/ Michael R. Huston*
Michael R. Huston
PERKINS COIE LLP
2901 N Central Ave, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
mhuston@perkinscoie.com

# TABLE OF CONTENTS

**Page**

Introduction ........................................................................1

Jurisdictional Statement ....................................................4

Statement of the Issues.....................................................5

Statement of the Case.......................................................6

    A.    Reddit, its Terms of Service, and its Moderator
           Guidelines ...........................................................6

    B.    The present controversy .......................................8

    C.    The parties' trademark applications....................10

    D.    Procedural history ..............................................14

          1.    The district court's dismissal of Rogozinski's
                original complaint.......................................14

          2.    The district court's dismissal of the First
                Amended Complaint....................................17

Summary of Argument.....................................................19

Argument .........................................................................22

    A.    Rogozinski has waived or forfeited several claims and
           arguments that he asserted below.......................22

    B.    The district court properly dismissed Rogozinski's
           trademark claims.................................................24

          1.    Standard of review. .....................................24

          2.    Trademarks identify *goods or services* in
                commerce.....................................................24

          3.    Rogozinski has no viable trademark claim. .................27

                a.    Rogozinski failed to allege first commercial
                      use of the mark with a product or service...........27

                b.    Rogozinski's counterarguments fail. ...................31

# TABLE OF CONTENTS
## (CONTINUED)

Page

C. The district court properly dismissed Rogozinski's state-law claims. ..................................................33

    1. Standard of review. ...........................................33

    2. CDA Section 230 bars Rogozinski's state-law claims. .....................................................33

        a. Section 230 immunizes Reddit's content-moderation decisions.............................34

        b. Rogozinski's state-law claims seek to hold Reddit liable for content moderation..................36

        c. Rogozinski's counterargument is meritless. .......44

    3. In the alternative, Rogozinski's state-law claims fail as a matter of law....................................45

        a. Rogozinski's right-of-publicity claim fails...........45

        b. Rogozinski's breach-of-contract claim fails.........49

        c. Rogozinski's good-faith-and-fair-dealing claim fails...............................................54

        d. Rogozinski's California UCL claim fails. ............55

D. The district court appropriately denied further leave to amend. ...............................................................58

Conclusion................................................................60

Certificate of Compliance.........................................61

Certificate of Service ...............................................62

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Al-Ahmed* v. *Twitter, Inc.*,
648 F. Supp. 3d 1140 (N.D. Cal. 2023) ...............................................37

*Applied Underwriters, Inc.* v. *Lichtenegger*,
913 F.3d 884 (9th Cir. 2019) ...............................................24

*Ashcroft* v. *Iqbal*,
556 U.S. 662 (2009)...............................................24

*Autotel* v. *Nevada Bell Tel. Co.*,
697 F.3d 846 (9th Cir. 2012) ...............................................23

*Barnes* v. *Yahoo!, Inc.*,
570 F.3d 1096 (9th Cir. 2009) ...............................35, 37–38, 41, 44–45

*Bionghi* v. *Metro. Water Dist. of So. Cal.*,
70 Cal. App. 4th 1358 (1999)...............................................55

*Calise* v. *Meta Platforms, Inc.*,
103 F.4th 732 (9th Cir. 2024)...............................................36, 42, 44

*Caraccioli* v. *Facebook, Inc.*,
167 F. Supp. 3d 1056 (N.D. Cal. 2016),
*aff'd*, 700 F. App'x 588 (9th Cir. 2017)...............................................53

*Careau & Co.* v. *Sec. Pac. Bus. Credit, Inc.*,
222 Cal. App. 3d 1371 (1990) ...............................................54

*Carma Devs. (Cal.), Inc.* v. *Marathon Dev. Cal., Inc.*,
2 Cal. 4th 342 (1992)...............................................54

*Chance* v. *Pac-Tel Teletrac Inc.*,
242 F.3d 1151 (9th Cir. 2001) ...............................................27, 32

*Chinatown Neighborhood Ass'n* v. *Harris*,
794 F.3d 1136 (9th Cir. 2015) ...............................................59

TABLE OF AUTHORITIES
(CONTINUED)

Page(s)

*Christoff* v. *Nestle USA, Inc.*,
    47 Cal. 4th 468 (2009)...........................................................................46

*Cross* v. *Facebook, Inc.*,
    14 Cal. App. 5th 190 (2017)...................................................................43

*Dehen* v. *Does 1-100*,
    No. 17-cv-198, 2018 WL 4502336 (S.D. Cal. Sept. 19, 2018).............43

*Does 1-6* v. *Reddit, Inc.*,
    51 F.4th 1137 (9th Cir. 2022),
    *cert. denied*, 143 S. Ct. 2560 (2023)......................................................36

*Downing* v. *Abercrombie & Fitch*,
    265 F.3d 994 (9th Cir. 2001) ............................................................45, 46

*Drum* v. *San Fernando Valley Bar Ass'n*,
    182 Cal. App. 4th 247 (2010)..................................................................58

*Dyroff* v. *Ultimate Software Grp., Inc.*,
    934 F.3d 1093 (9th Cir. 2019) ................................................................33

*Ebeid* v. *Facebook, Inc.*,
    No. 18-cv-7030, 2019 WL 2059662 (N.D. Cal. May 9, 2019) .............54

*Estate of Bride ex rel. Bride* v. *Yolo Techs., Inc.*,
    112 F.4th 1168 (9th Cir. 2024)..............................20, 34–36, 38, 43–44

*Fair Hous. Council of San Fernando Valley* v.
    *Roommates.Com, LLC*,
    521 F.3d 1157 (9th Cir. 2008) ......................................................34, 38, 41

*Federal Agency of News LLC* v. *Facebook, Inc.*,
    432 F. Supp. 3d 1107 (N.D. Cal. 2020) .................................................37

*Fields* v. *Twitter, Inc.*,
    200 F. Supp. 3d 964 (N.D. Cal. 2016) .............................................37, 39

TABLE OF AUTHORITIES
(CONTINUED)

Page(s)

*Freeman* v. *ABC Legal Servs., Inc.*,
  877 F. Supp. 2d 919 (N.D. Cal. 2012) ..................................................55

*Green* v. *America Online (AOL)*,
  318 F.3d 465 (3d Cir. 2003) ................................................................38

*Hana Fin., Inc.* v. *Hana Bank*,
  735 F.3d 1158 (9th Cir. 2013), *aff'd*, 574 U.S. 418 (2015) ............26, 31

*Hansen* v. *Marin Gen. Hosp.*,
  No. 17-cv-3473, 2019 WL 1509182 (N.D. Cal. Apr. 5, 2019) ..............49

*Hodsdon* v. *Mars, Inc.*,
  891 F.3d 857 (9th Cir. 2018) ...............................................................55

*In Re Florists' Transworld Delivery, Inc.*,
  119 U.S.P.Q. 2d 1056 (T.T.A.B. 2016) ...................................29–30, 32

*In re Google Assistant Priv. Litig.*,
  457 F. Supp. 3d 797 (N.D. Cal. 2020) ..................................................56

*In re NCAA Student-Athlete Name & Likeness Licensing Litig.*,
  724 F.3d 1268 (9th Cir. 2013) .............................................................49

*Jack Daniel's Props., Inc.* v. *VIP Prods. LLC*,
  599 U.S. 140 (2023)........................................................................24–26

*Joude* v. *WordPress Found.*,
  No. 14-cv-1656, 2014 WL 3107441 (N.D. Cal. July 3, 2014) ..............53

*King* v. *Facebook, Inc.*,
  No. 19-cv-1987, 2019 WL 6493968 (N.D. Cal. Dec. 3, 2019),
  *aff'd*, 845 F. App'x 691 (9th Cir. 2021)................................................52

*Korea Supply Co.* v. *Lockheed Martin Corp.*,
  29 Cal. 4th 1134 (2003)........................................................................55

*Kralovetz* v. *Spearman*,
  848 F. App'x 349 (9th Cir. 2021) .........................................................23

# TABLE OF AUTHORITIES
## (CONTINUED)

**Page(s)**

*Lewis* v. *Google LLC,*
461 F. Supp. 3d 938 (N.D. Cal. 2020),
*aff'd,* 851 F. App'x 723 (9th Cir. 2021)..................................................37

*Midler* v. *Ford Motor Co.,*
849 F.2d 460 (9th Cir. 1988) ................................................................47

*Mollett* v. *Netflix, Inc.,*
795 F.3d 1062 (9th Cir. 2015) .............................................................24

*Motschenbacher* v. *R.J. Reynolds Tobacco Co.,*
498 F.2d 821 (9th Cir. 1974) ..........................................................46–47

*Murphy* v. *Twitter, Inc.,*
60 Cal. App. 5th 12 (2021).....................................................................37

*Nguyen* v. *Barr,*
983 F.3d 1099 (9th Cir. 2020) .............................................................23

*Nolte* v. *Cedars-Sinai Med. Ctr.,*
236 Cal. App. 4th 1401 (2015)...............................................................57

*Novak* v. *United States,*
795 F.3d 1012 (9th Cir. 2015) .......................................................58–59

*Pennie* v. *Twitter, Inc.,*
281 F. Supp. 3d 874 (N.D. Cal. 2017) ................................................37

*Pension Trust Fund for Operating Eng'g* v. *Fed. Ins. Co.,*
307 F.3d 944 (9th Cir. 2002) ...............................................................55

*Prager Univ.* v. *Google LLC,*
85 Cal. App. 5th 1022 (2022)................................................................43

*Rangel* v. *Dorsey,*
No. 21-cv-8062, 2022 WL 2820107 (N.D. Cal. July 19, 2022) ...........37

*Riggs* v. *MySpace, Inc.,*
444 F. App'x 986 (9th Cir. 2011) .........................................................37

# TABLE OF AUTHORITIES
## (CONTINUED)

Page(s)

*Robinson* v. *HSBC Bank USA*,
　732 F. Supp. 2d 976 (N.D. Cal. 2010) ...................................................47

*Ross* v. *Roberts*,
　222 Cal. App. 4th 677 (2013)....................................................................49

*Sengoku Works Ltd.* v. *RMC Int'l, Ltd.*,
　96 F.3d 1217 (9th Cir.),
　*as modified*, 97 F.3d 1460 (9th Cir. 1996) .....................................15, 31

*Social Techs. LLC* v. *Apple Inc.*,
　4 F.4th 811 (9th Cir. 2021) ...............................................................18, 27

*Telesaurus VPC, LLC* v. *Power*,
　623 F.3d 998 (9th Cir. 2010) .....................................................................58

*Worldwide Media, Inc.* v. *Twitter, Inc.*,
　No. 17-cv-7335, 2018 WL 5304852 (N.D. Cal. Oct. 24, 2018).............50

*Yeager* v. *Bowlin*,
　693 F.3d 1076 (9th Cir. 2012) ..................................................................46

## STATUTES

15 U.S.C. § 1127 .........................................................................................25

28 U.S.C. § 1291 ...........................................................................................5

28 U.S.C. § 1331 ...........................................................................................5

28 U.S.C. § 1367(a) .......................................................................................5

28 U.S.C. § 2107(a) .......................................................................................5

47 U.S.C. § 230(f)(2) ...................................................................................36

California Unfair Competition Law,
　Cal. Bus. & Prof. Code § 17200 *et seq.*... 4, 14, 16–18, 21, 23, 41, 55–57

　　Cal. Bus. & Prof. Code § 17204 ..........................................................55

# TABLE OF AUTHORITIES
## (CONTINUED)

**Page(s)**

Communications Decency Act, 47 U.S.C. § 230 ........................................3

    47 U.S.C. § 230(c)(1) ................................ 3–5, 16, 18–20, 22–24, 33–45

    47 U.S.C. § 230(c)(2) ...........................................................................35

    47 U.S.C. § 230(e)(1)–(5)....................................................................35

Lanham Act, 15 U.S.C. § 1051 *et seq.*...................................4, 11, 18, 24

    15 U.S.C. § 1051....................................................................................25

## RULES

Fed. R. App. Proc. 4(a)(1) .............................................................................5

Fed. R. Civ. P. 12(b)(6) ...................................................................24, 33

## OTHER AUTHORITIES

McCarthy on Trademarks and Unfair Competition
    (5th ed. Sept. 2024 update) ......................................................26–27, 31

1A Alison Gilson LaLonde, Gilson on Trademarks (Sept.
    2024 update)...................................................................................25–26

Witkin, Summary 11th Torts (2024) .........................................................45

61 Cal. Jur. 3d Unfair Competition (Aug. 2024 Update) ........................57

# INTRODUCTION

Reddit, Inc. provides a valuable service used by millions of people all over the world: an internet-based platform that hosts discussion forums where users (colloquially called "Redditors") can connect and converse in user-created, interest-based communities known as "subreddits." (Subreddits are denoted by an "r/" before the community name, as in "r/politics.") Subreddits are guided by volunteer user-moderators, who are entrusted to enforce their communities' self-adopted set of rules as well as Reddit's site-wide Content Policy. Because moderators have special responsibilities on Reddit, they must agree to the moderator-specific terms of service in the Reddit User Agreement (the "Terms") and the Moderator Code of Conduct (the "Moderator Guidelines").

Plaintiff Jaime Rogozinski used Reddit's online platform to start a subreddit in 2012 called "r/wallstreetbets" to discuss the financial industry. He was the subreddit's first moderator. Over time, the r/wallstreetbets community and its moderator team expanded as thousands of Redditors, and eventually millions, posted content to the subreddit and conversed with one another using Reddit's service.

In 2020, Rogozinski attempted to monetize the r/wallstreetbets subreddit for his own personal benefit, in violation of Reddit's Terms and the Moderator Guidelines, and against the wishes of the moderator team and the community as a whole. Reddit accordingly exercised its authority to remove Rogozinski's moderator privileges. Since then, the r/wallstreet-

bets community has continued to flourish without Rogozinski's involvement. Rogozinski brought this lawsuit seeking (1) trademark rights in the "wallstreetbets" name; and (2) damages, restitution, and injunctive relief from Reddit for the removal of his moderator privileges. Rogozinski's complaint fails to state any valid claim for relief, as the district court twice correctly determined.

**Rogozinski has no viable federal trademark claim.** While Rogozinski pleaded a variety of legal theories below, in this Court he focuses on a single trademark-related claim: he seeks a declaration that he is the rightful owner of the "WALLSTREETBETS" mark. But Rogozinski's arguments rest on a fundamental misunderstanding of trademark law. Trademark rights do not attach to a "name" or a "brand" in isolation. Instead, by statute, trademark rights belong to the first person or company to use a name, word, or symbol *to identify their goods or services in the commercial marketplace.* The very first question for a trademark dispute, therefore, is what good or service is being provided. Here, Rogozinski himself described r/wallstreetbets as a service to provide an online forum for exchanging information related to the financial industry. But it is *Reddit* that provides that online-forum service. Reddit and its employees write the code, own the servers, manage the data, and perform all the other functions required to maintain that forum and facilitate the discussions within r/wallstreetbets.

Those undisputed facts are dispositive here. Reddit has been continuously providing an online forum and discussion service on its platform using the name "wallstreetbets" since 2012. Rogozinski's alleged later efforts to develop separate goods and services using the "wallstreetbets" name—*e.g.*, clothing and financial-trading competitions—are immaterial because they post-date Reddit's first use in commerce.

Rogozinski belabors his argument that "the medium is not the source," Opening Brief (OB) 1, while skirting past the critical preliminary question: The source *of what*? All agree that the service at issue here is a web-based forum. And the source of that forum service is unmistakably Reddit. The district court thus correctly recognized that Rogozinski's mere claim to be the source of the "name" or "brand" wallstreetbets does not give him trademark rights.

**Rogozinski's state-law claims also fail as a matter of law.** Each of Rogozinski's state-law claims arises from Reddit's removal of his moderator privileges for violating Reddit's Terms and Moderator Guidelines. The district court thus correctly found that those state-law claims are barred by Section 230(c)(1) of the Communications Decency Act ("CDA"), 47 U.S.C. § 230(c)(1), which this Court has held immunizes the content-moderation decisions of computer-service providers like Reddit. Rogozinski's claims challenge Reddit's exercise of its editorial discretion to control the content on the subreddit by removing Rogozinski from the

privileged position of content moderator. The CDA does not allow Rogozinski to seek to hold Reddit liable under state law for that decision.

Alternatively, even if this Court were inclined not to reach the CDA, it could affirm the district court's dismissal of the state-law claims for failure to plead any legally cognizable cause of action. The complaint's right-to-publicity claim is time-barred and substantively meritless because Reddit never used Rogozinski's name, likeness, or identity. Rogozinski's breach-of-contract claim fails because he has not identified any contractual term that Reddit supposedly violated. His good-faith-and-fair-dealing claim simply duplicates the contract claim and must be dismissed for the same reason. And his claim under the California Unfair Competition Law is both forfeited and substantively meritless.

Rogozinski asks this Court for yet another opportunity to amend his complaint, but that would be an exercise in futility. Rogozinski has never seriously attempted to identify new facts he could plead that would make a meaningful difference to the *legal* deficiencies the district court identified. The court did not abuse its discretion in dismissing Rogozinski's First Amended Complaint with prejudice.

## JURISDICTIONAL STATEMENT

Rogozinski brought this suit in the Northern District of California pleading trademark claims under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and various California-law claims. 6-ER-914–919. The district court

had federal-question jurisdiction over the trademark claims under 28 U.S.C. § 1331, and supplemental jurisdiction over the state-law claims under 28 U.S.C. § 1367(a).

On January 16, 2024, the district court entered a final judgment dismissing all claims with prejudice. 1-ER-2. Rogozinski timely noticed an appeal on February 9, 2024, within the 30 days permitted by Federal Rule of Appellate Procedure 4(a)(1) and 28 U.S.C. § 2107(a). 6-ER-933–934. This Court has appellate jurisdiction under 28 U.S.C. § 1291.

## STATEMENT OF THE ISSUES

1.     Whether the district court correctly dismissed Rogozinski's trademark claims for failure to allege that he was the first commercial user of the mark in connection with a good or service.

2.     Whether the district court correctly determined that Rogozinski's state-law claims are barred by CDA Section 230 because they seek to hold Reddit liable for its content-moderation decisions.

3.     Whether Rogozinski's state-law claims were correctly dismissed because, even without the protection of CDA Section 230, they fail to state any claim on which relief can be granted.

4.     Whether the district court abused its discretion in denying Rogozinski leave to amend a second time, where further amendment would have been futile.

## STATEMENT OF THE CASE

### A.    Reddit, its Terms of Service, and its Moderator Guidelines

Reddit is an online platform (a website and mobile application) where millions of people convene to discuss their interests in communities called subreddits. 2-ER-145; *see* 2-ER-141. Subreddits are created and managed by their users, who establish community-specific norms and share responsibility for how Reddit operates. 2-ER-145–146.

A subset of Reddit users called moderators (or "mods") volunteer to help shape and guide their communities. 2-ER-145–146. Moderators can highlight particularly useful or interesting content; for example, by distinguishing posts as official mod submissions or "pinning" posts at the top of subreddits. Moderators can also create rules to govern each community, and they can enforce those rules by removing content that violates them or by banning users for rules violations. Moderators are empowered to invite others to moderate, and they decide how to allocate moderation responsibilities for their community. *See* 2-ER-145, 152–153; *see also* 2-ER-114, 117.

Rogozinski is a Reddit user who, like all users, accepted the Reddit Terms of Service in effect at the time of the events relevant here that governed his use of Reddit's platform. 2-ER-145, 157, 176.[1]  Rogozinski

---

[1] The Terms governed the parties' contractual relationship in 2020 when Reddit suspended Rogozinski's account and removed his moderator privileges. Rogozinski previously agreed to the 2010 version of the Reddit

was also a moderator on Reddit. Like all moderators, he was subject to the then-in-force Moderator Guidelines. 2-ER-148, 157–158.[2]

The Terms empower Reddit to decide what content appears on the site and which Redditors to entrust with moderation privileges. Section 4 provides that Reddit may, in its "sole discretion, delete or remove [content] at any time and for any reason, including for a violation of these Terms[.]" 2-ER-114, 121. Section 7 similarly reserves to Reddit "the right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms." 2-ER-123. The Terms also disclaim Reddit's liability "for any modification, suspension, or discontinuation of the Services or any part thereof." 2-ER-121. And a limitation-of-liability provision limits the damages that Reddit would owe under any "theory of liability" to the greater of $100 or "any amount [the user] paid Reddit in the previous six months for the Services giving rise to the claim." 2-ER-124 (capitalizations altered).

---

User Agreement that was operative when he first created his Reddit account (known as his "cake day" on Reddit). 2-ER-146–148. The relevance of that agreement (if any) is discussed below. This brief refers to the User Agreement in place in 2020 as the Terms, and the User Agreement from 2010 as the "Cake Day Agreement."

[2] These Guidelines were referred to as Reddit's Moderator Guidelines for Healthy Communities when Rogozinski's moderator privileges were suspended in 2020. They have since been renamed the Reddit Moderator Code of Conduct.

The Moderator Guidelines likewise empower Reddit to remove moderators from communities. The operative Guidelines informed Rogozinski that "Reddit may, at its discretion, intervene to take control of a community when it believes it is in the best interest of the community or the website." 2-ER-129 (Reddit, Moderator Guidelines (in place Apr. 7, 2020)). Reddit desires such changes to be "rare," but they are sometimes necessary "to keep the platform alive and vibrant." *Id.* "Where moderators consistently are in violation of these guidelines, Reddit may step in with actions to heal the issues," which "could potentially include dropping you down the moderator list, removing moderator status, prevention of future moderation rights, as well as account deletion." *Id.*

## B.     The present controversy

On January 31, 2012, Rogozinski used Reddit's platform to start a subreddit called r/wallstreetbets. 2-ER-148. The subreddit provided a place for Redditors to discuss issues related to the financial industry. Rogozinski was the subreddit's first moderator. *Id.* Over the next eight years, the r/wallstreetbets community and its moderator team expanded as thousands of people shared content and discussed their common interests. 2-ER-148–149, 152–155. By 2020, the subreddit had one million subscribers and a large group of moderators. 2-ER-155–156.

The r/wallstreetbets community was successful because of contributions from the many thousands of Redditors who invested in providing their content to the subreddit and engaging with others. But in 2020,

-8-

Rogozinski began attempting to monetize the subreddit and those Redditors' content for himself. In January 2020, Rogozinski included a link to purchase his book, *WallStreetBets: How Boomers Made the World's Biggest Casino for Millennials*, as a feature on the r/wallstreetbets sidebar. 2-ER-155–156. In March, he began using the subreddit to promote a stock-trading competition hosted by a company he had established and a third party. 2-ER-156. That same month, he filed a trademark application for "WALLSTREETBETS," as discussed further below.

Those attempts by Rogozinski to use the subreddit to personally enrich himself violated Redditt's Terms and upset community members. The Terms specify that moderators "may not perform moderation actions in return for any form of compensation or favor from third parties," and "may not enter into any agreement with a third party on behalf of Reddit, or any subreddits that [the moderator] moderate[s], without [Reddit's] written approval." 2-ER-123. The r/wallstreetbets members disapproved of Rogozinski's actions, and other moderators agreed it was necessary and in the interests of the community to remove Rogozinski as a moderator. 2-ER-137.

Reddit notified Rogozinski in April 2020 that his Reddit account was being suspended for seven days and he was no longer permitted to moderate Reddit communities because he had "attempt[ed] to monetize a community" in violation of the Terms and Moderator Guidelines. 2-ER-151. The notice to Rogozinski said:

> We do not permit moderators to perform moderation actions in return for any form of compensation or favor from third parties, nor are moderators permitted to enter agreements with third parties on behalf of a subreddit. As a result, you are no longer permitted to moderate communities on [R]eddit with this or other accounts.

2-ER-157.

In the years since Rogozinski's removal as a moderator, the r/wallstreetbets community has flourished, growing to more than 14 million members. 2-ER-139.

### C. The parties' trademark applications

**1.** On March 24, 2020, Rogozinski applied to the U.S. Patent and Trademark Office ("USPTO") to register the mark WALLSTREETBETS in connection with two classes of goods and two classes of services:

- <u>Class 38 (telecommunications)</u>: Rogozinski asserted that he had used the mark to identify the service of providing an online forum for financial information. As a specimen, Rogozinski submitted a screenshot of the r/wallstreetbets subreddit page taken from Reddit's platform.

- <u>Class 16 (paper goods and printed matter)</u>: Rogozinski asserted that he had used the mark to identify a print publication in the field of finance. As a specimen, Rogozinski submitted a screenshot from Amazon.com of his book *WallStreetBets*.

- <u>Class 41 (education and entertainment)</u>: Rogozinski asserted that he intended to use the mark to identify an entertainment service in the field of financial-trading competitions.

- <u>Class 25 (clothing)</u>: Rogozinski asserted that he intended to use the mark to identify clothing including outerwear, shirts, and sweatpants.

*See* 2-ER-156; 4-ER-375, 390–394, 474–476; USPTO, Goods and Services, https://bit.ly/3Zn4WUQ.[3]

Rogozinski claimed a *current* use in commerce, under Section 1(a) of the Lanham Act, 15 U.S.C. § 1051(a), only with respect to the Class 38 services and Class 16 goods (the online forum and the book). With respect to the Class 41 services and Class 25 goods (the financial-trading competitions and the clothing), Rogozinski claimed merely an intended *future* use under Lanham Act Section 1(b), 15 U.S.C. § 1051(b).

The examining attorney at USPTO refused to register the mark to Rogozinski. Most relevant here, the examiner refused registration for Class 38 because Rogozinski's specimen (the screenshot of the r/wallstreetbets subreddit from Reddit's platform) "[did] not show a direct association between the mark and services in that the services [were] offered by Reddit and applicant's mark as shown … [was] the name of a Reddit subreddit." *Id*. In other words, the examining attorney found that

---

[3] The district court granted Reddit's unopposed request for judicial notice of the USPTO record. 1-ER-20.

**"Reddit [was] the one providing the online forum, not the applicant."** *Id.* (emphasis added).

The examiner rejected registration for Class 16 because "the title of a single creative work" (Rogozinski's book) "does not function as a trademark to identify and distinguish applicant's goods from those of others and to indicate the source of applicant's goods"; only a mark "used on a series of creative works" serves that purpose. 4-ER-391. The examiner refused registration for Class 41 because the wording used to identify the claimed entertainment service (the financial-trading competition) was "indefinite and overbroad." 4-ER-393. And while the examiner did not specifically address Class 25 (clothing), he did note that Rogozinski had not provided his domicile as required for the application. 4-ER-392.

**2.** In response, Rogozinski amended his application to abandon the claim that he had used the WALLSTREETBETS mark in commerce in connection with a Class 16 good (the book) or Class 38 service (the online forum). 4-ER-397–401. He instead asserted a future *intent to use* the mark with respect to a Class 16 good and Class 38 service. *Id.* But he failed to submit the required verified statement that he had a "bona fide intention to use the mark in commerce" with respect to any good or service. 4-ER-391.

**3.** Meanwhile, Reddit—the actual provider of the online forum that Rogozinski had attempted to claim as his own service—intervened to protect the interests and creativity of the millions of contributors to

r/wallstreetbets, to prevent consumer confusion, and to preserve the goodwill associated with the subreddit. Between May 2020 and February 2021, Reddit filed four applications seeking registration of the WALL-STREETBETS mark in four classes of services: Class 38 (telecommunications), Class 41 (education and entertainment), Class 42 (computer and scientific), and Class 45 (personal and legal). 4-ER-376, 403–435. In each of its four applications, Reddit claimed first use in commerce based on the date that r/wallstreetbets was established on the Reddit platform (January 31, 2012), which was when Reddit began providing online forum services through that subreddit. *Id.* Reddit's application submitted screenshots of the subreddit on Reddit's platform as specimens. *Id.*

The examining attorneys for each of Reddit's applications accepted Reddit's specimens as proof of its first use of WALLSTREETBETS in commerce for each class. 4-ER-376, 436–466. But they refused to register the mark solely because of Rogozinski's prior pending application. *See id.* Reddit's applications were eventually suspended pending the outcome of Rogozinski's application. 4-ER-376; 5-ER-611–612.

**4.** In August 2020, Reddit opposed Rogozinski's registration application before the Trademark Trial and Appeal Board ("TTAB") on the grounds that (1) Rogozinski could not show priority of use through the r/wallstreetbets subreddit because the service at issue—an online discussion forum—was provided by Reddit, not Rogozinski; (2) there was a likelihood of confusion between the parties' respective goods and services;

and (3) Rogozinski's application was void ab initio because he did not have a bona fide intent to use the mark in commerce. 4-ER-476–479.

On January 12, 2022, Rogozinski applied to register WSB as a shorthand for WALLSTREETBETS. 2-ER-192, 196; 5-ER-620. Reddit did not oppose the registration, but later petitioned the TTAB to cancel it. 5-ER-614–633.

The TTAB proceedings have been suspended pending the outcome of this lawsuit. *See* 2-ER-196–197.

### D. Procedural history

#### 1. The district court's dismissal of Rogozinski's original complaint

Rogozinski filed this suit in the Northern District of California in February 2023. 6-ER-894. His initial complaint asserted eight claims: (1) declaratory judgment establishing his ownership of the WALLSTREETBETS trademark; (2) infringement of the WALLSTREETBETS trademark; (3) infringement of the WSB trademark; (4) trademark dilution by tarnishment of the WALLSTREETBETS and WSB trademarks; (5) violation of the California right of publicity; (6) breach of contract; (7) violation of the duty of good faith and fair dealing; and (8) violation of the California Unfair Competition Law ("UCL"). 6-ER-914–919.

The district court granted Reddit's motion to dismiss the complaint for failure to state a claim for relief. *See* 1-ER-15–29. The court dismissed Rogozinski's first two trademark claims because he had "fail[ed] to plead

ownership rights in the WALLSTREETBETS mark." 1-ER-21. "To acquire ownership of a trademark," the court explained, "it is not enough to have invented the mark first or even to have registered it first; the party claiming ownership must have been the first to actually use the mark *in the sale of goods or services*." 1-ER-18 (emphasis added) (quoting *Sengoku Works Ltd.* v. *RMC Int'l, Ltd.*, 96 F.3d 1217, 1219 (9th Cir.), *as modified*, 97 F.3d 1460 (9th Cir. 1996)). Rogozinski's own complaint acknowledged that *Reddit* was the first to use the WALLSTREETBETS mark in the provision of a *service*: specifically, managing an online discussion forum. 1-ER-19–21. The court explained that Rogozinski's allegations that he later created (or intended to create) goods and services associated with the WALLSTREETBETS name were irrelevant because such commercial efforts came after Reddit had already established first use in commerce. *See id.*

The district court dismissed Rogozinski's other two trademark claims for similar reasons. Reddit's alleged use of the WSB mark on the r/wallstreetbets subreddit in 2020 predated any possible rights Rogozinski had based on his 2021 application for the WSB mark and the registration of it in 2022. 1-ER-22. And the district court dismissed the dilution-by-tarnishment claim because Rogozinski had failed to adequately allege that either WALLSTREETBETS or WSB had achieved the level of fame necessary for such a claim. 1-ER-23.

Next, the district court dismissed three of Rogozinski's state law claims—for alleged violations of the right of publicity, breach of contract, and breach of the duty of good faith and fair dealing—as barred by Section 230 of the CDA. 1-ER-24–27. The court explained that each claim impermissibly "[sought] to hold Reddit liable" for its conduct as a "publisher": "specifically, for either suspending Rogozinski from the r/WallStreetBets subreddit, banning him, and/or allowing the subreddit to continue to operate without him." 1-ER-26–27. The court pointed to multiple other courts' holdings that a platform's decisions to suspend a user's account or exclude their preferred content are protected by Section 230. 1-ER-27.

Last, the district court found that while the CDA did not bar Rogozinski's UCL claim insofar as it was based on Reddit's alleged practice of asserting trademark rights in subreddit names, Rogozinski had failed to establish standing under the UCL because he had alleged merely lost business *opportunities*, not any actual losses. 1-ER-28. To the extent Rogozinski was attempting to plead loss under an existing contract (as opposed to a prospective one), the court found that Rogozinski had failed to adequately allege a causal connection between the purported loss and Reddit's alleged trademark practices. 1-ER-29.[4]

---

[4] The district court further determined that the UCL claim was barred by CDA Section 230 to the extent it was based on Reddit allegedly blocking Rogozinski from controlling his "brands" by removing his moderator privileges. 1-ER-28.

The district court granted Rogozinski leave to amend his complaint to address the legal deficiencies, if possible. 1-ER-29.

### 2. The district court's dismissal of the First Amended Complaint

Rogozinski filed his First Amended Complaint in August 2023. *See* 2-ER-140–180. Rogozinski declined to reassert the trademark-dilution claim but otherwise repleaded the remaining seven claims in substantially similar form. He claimed: (1) entitlement to a declaratory judgment of his ownership of the WALLSTREETBETS and WSB trademarks; (2) infringement of the WALLSTREETBETS trademark; (3) infringement of the WSB trademark; (4) violation of the right of publicity; (5) breach of contract; (6) violation of the duty of good faith and fair dealing; and (7) violation of California's UCL. *See* 2-ER-172–179.

The district court granted Reddit's motion to dismiss the First Amended Complaint with prejudice, finding that Rogozinski had failed to cure the multiple legal deficiencies the court had identified in the original complaint. *See* 1-ER-3–14.

With respect to the trademark claims, the court again concluded that Rogozinski had failed to establish ownership of the WALLSTREET-BETS and WSB marks. The First Amended Complaint primarily added allegations that Rogozinski spent weeks creating the WALLSTREET-BETS logo before he started the subreddit. But that preparatory activity did not establish Rogozinski's use *in commerce* of the mark in connection

with a good or service. 1-ER-6–7 (citing *Social Techs. LLC* v. *Apple Inc.*, 4 F.4th 811, 818 (9th Cir. 2021) (holding that maintaining a promotional website failed to establish rights under the Lanham Act)). Rogozinski also added allegations that he later created an internet chatroom, discord channel, and Twitter account for conversations related to the subreddit. But the district court held that those allegations were likewise insufficient to establish first use in commerce because they were alleged to have occurred *after* WALLSTREETBETS was first used in connection with *Reddit's service* of providing an online forum. 1-ER-7–8.[5]

With respect to Rogozinski's state-law claims, the district court again concluded that CDA Section 230 barred each of the claims seeking to hold Reddit liable for its editorial decisions regarding the content and moderation of the r/wallstreetbets subreddit. 1-ER-10–13. And the district court again determined that Rogozinski lacked standing to assert a UCL claim based on Reddit's alleged trademark practices. 1-ER-13.

---

[5] To support his claim that Reddit had infringed the WSB mark, Rogozinski added allegations that he was the senior user of WSB in the "cryptocurrency-related goods and services" market. 1-ER-9–10. But the district court explained that those allegations did not save his infringement claim because he failed to allege that Reddit has used the WSB mark in connection with that market. 1-ER-10.

## SUMMARY OF ARGUMENT

The Court should affirm the district court's judgment dismissing Rogozinski's claims with prejudice.

**A.** Rogozinski has abandoned several of the claims he asserted below. He now pursues a single trademark claim regarding ownership of the WALLSTREETBETS mark. He also continues to press his state-law claims, though he makes no attempt to rebut Reddit's arguments below demonstrating why those claims fail. He instead attacks only the district court's holding that the claims are barred by CDA Section 230.

Rogozinski has also forfeited several arguments he pressed below, including (i) that he established ownership of the WALLSTREETBETS mark by using or intending to use it in connection with goods and services like books, clothing, financial-trading competitions, cryptocurrency-related items, etc.; and (ii) that certain preparatory activities he purportedly undertook before starting the r/wallstreetbets subreddit, like designing a logo, allegedly constitute first use of the mark in commerce. Rogozinski's abandonment of these claims and arguments has narrowed the scope of this appeal.

**B.** The only trademark claim that Rogozinski advances on appeal is for a declaratory judgment that he owns the WALLSTREETBETS mark because he was the source of that "name" or "brand" on Reddit's platform. But the district court correctly held that the law does not allow individuals or entities to trademark "names" or "brands." Trademark

rights attach only when a mark is used in the sale of goods or services. And here, the service at issue is undisputedly the provision of an online forum—a service that *Reddit* provides. Thus, any rights to the WALL-STREETBETS mark based on first use in commerce in connection with the service of providing an online forum would be owned by Reddit.

C. Rogozinski's state-law claims fail as well, for two independent reasons. *First*, the district court correctly determined that those claims are barred by CDA Section 230. Congress protected computer service providers like Reddit from liability for actions to moderate or remove content by third-party users of the service, like Rogozinski. The law thus shields Reddit from Rogozinski's state-law claims seeking to hold Reddit liable for its exercise of editorial discretion: barring Rogozinski from shaping the content of the subreddit as a moderator, and allowing content to continue to be posted in the subreddit that Rogozinski claims is offensive or harmful to his "brand." Section 230 immunity applies here because the state-law claims target Reddit in its performance of the prototypical publisher functions of "reviewing, editing, and deciding whether to publish or to withdraw from publication third-party content" that Rogozinski and other third-party users (not Reddit) provided or wished to provide to the r/wallstreetbets subreddit. *Estate of Bride ex rel. Bride* v. *Yolo Techs., Inc.*, 112 F.4th 1168, 1176 (9th Cir. 2024) (cleaned up).

*Second*, even if Section 230 immunity did not apply, none of the state-law claims alleges a legally cognizable cause of action. The right-to-

publicity claim is time-barred and meritless because Reddit never used Rogozinski's name, likeness, or identity. The breach-of-contract claim fails because Rogozinski has not identified any contractual term that Reddit supposedly violated; the agreements and policies cited in the First Amended Complaint *empower* Reddit to remove users' moderation privileges for any reason or no reason at all. The good-faith-and-fair-dealing claim duplicates the contract claim and fails for the same reason. Last, the UCL claim fails because it has been forfeited; Rogozinski does not challenge the district court's determination that he lacks statutory standing to pursue a UCL claim based on allegations of supposedly unfair trademark practices, which are the only allegations pleaded to support the UCL claim. And even if one could strain to construe the UCL claim to allege that Reddit engaged in a practice of removing moderators, such a practice would not be "unfair" or "fraudulent" within the meaning of the UCL because there is no reasonable possibility of consumer deception given the clear provisions of the Reddit Terms and Moderator Guidelines.

**D.** The district court properly denied leave to amend because further amendment would be futile. Rogozinski's claims fail for the lack of any cognizable *legal* theory, a defect that cannot be cured with additional factual allegations. Indeed, Rogozinski's preview of what a second amended complaint would look like confirms he would simply reiterate the same misguided theories he has pursued thus far.

ARGUMENT

The district court's reasons for dismissing Rogozinski's claims as a matter of law were correct. His trademark claims ignore the undisputed fact that Reddit provided the relevant service in commerce. CDA Section 230 bars his state-law claims, and in any event none of those states a plausible claim for relief. After Rogozinski had two unsuccessful opportunities to plead viable claims, the district court did not abuse its discretion in dismissing the case with prejudice. This Court should affirm.

A.  **Rogozinski has waived or forfeited several claims and arguments that he asserted below.**

Rogozinski's appellate brief abandons several claims in his complaints. He now expressly relinquishes (OB56) any claim for trademark infringement, clarifying that his appeal presents only "discrete questions of trademark ownership" and "does not implicate broader questions of infringement." And his opening brief does not so much as mention, much less raise any argument regarding, any of the following:

- The WSB mark.

- The trademark-dilution claim in the original complaint.

- Allegations that Rogozinski used or intended to use the WSB or WALLSTREETBETS marks in connection with his book, financial-trading competitions, clothing, internet chatrooms, discord channels, Twitter accounts, or cryptocurrency-related goods or services (like NFTs).

-22-

- Allegations that Rogozinski engaged in preparatory activities like designing the logo before starting r/wallstreetbets, which he originally alleged would constitute a first use in commerce.

- The district court's holding that Rogozinski lacked standing to pursue the part of his California UCL claim based on Reddit's alleged trademark practices (*i.e.*, the only part not barred by CDA Section 230).

The abandoned claims and arguments are either waived or forfeited, as this Court "do[es] not consider matters not specifically and distinctly raised and argued in the opening brief." *Kralovetz* v. *Spearman*, 848 F. App'x 349, 350 (9th Cir. 2021) (unpublished) (citing cases); *see also id.* ("Kralovetz fails to raise, and has therefore waived, any challenge to the district court's summary judgment on his due process claim.").

If Rogozinski attempts to resurrect the abandoned claims or arguments in his reply brief, then this Court should not consider them, because Reddit will not have had a fair opportunity to respond to those arguments on appeal. *See, e.g.*, *Nguyen* v. *Barr*, 983 F.3d 1099, 1102 (9th Cir. 2020) ("Nguyen cannot preserve this issue for review when he raised it for the first time in his reply brief."); *Autotel* v. *Nevada Bell Tel. Co.*, 697 F.3d 846, 852 n.3 (9th Cir. 2012) ("Arguments raised for the first time in a reply brief are waived.") (cleaned up).

The only questions before this Court, therefore, are (1) whether Rogozinski adequately alleged ownership of the WALLSTREETBETS

mark by claiming first use in connection with the service of providing an online forum; (2) whether Rogozinski's state-law claims are barred by CDA Section 230; (3) whether the state-law claims, if not barred by CDA Section 230, were nonetheless properly dismissed for failure to state a claim upon which relief can be granted; and (4) whether the district court abused its discretion in denying leave to amend a second time.

### B. The district court properly dismissed Rogozinski's trademark claims.

#### 1. Standard of review.

This Court reviews de novo the district court's dismissal of a complaint Rule 12(b)(6). *Applied Underwriters, Inc.* v. *Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft* v. *Iqbal*, 556 U.S. 662, 678 (2009) (cleaned up). The Court "will uphold a district court's decision to dismiss where there is either a lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal claim." *Mollett* v. *Netflix, Inc.*, 795 F.3d 1062, 1065 (9th Cir. 2015) (cleaned up).

#### 2. Trademarks identify *goods or services* in commerce.

The Lanham Act is "the core federal trademark statute." *Jack Daniel's Props., Inc.* v. *VIP Prods. LLC*, 599 U.S. 140, 145 (2023). It defines a "trademark" as a "word, name, symbol, or device, or any combination thereof" that is "used by a person" "to identify and distinguish his or her

goods ... from those manufactured or sold by others and to indicate the source of the goods." 15 U.S.C. § 1127. The statutory text establishes that the person claiming the trademark must generally show active use in the sale of products in commerce. *Id.*; *see also* 15 U.S.C. § 1051 ("The owner of a trademark used in commerce may request registration …."). A person with "a bona fide intention" to use the mark in commerce may apply to register the mark with the USPTO, but he or she "must make actual use in good faith in the ordinary course of trade before the USPTO can issue a registration." 1A Alison Gilson LaLonde, Gilson on Trademarks § 3.06 (Sept. 2024 update).

A "service mark" is a "type of trademark" and is defined the same way. 1 Gilson § 1.02. A "service mark" is "any word, name, symbol, or device, or any combination thereof" used "to identify and distinguish the services of one person … from the services of others and to indicate the source of the services." 15 U.S.C. § 1127. As with trademarks on goods, the person claiming the service mark must either show active use in commerce or have a "a bona fide intention" to use the mark in commerce backed up by actual use. 1A Gilson § 3.06. Trademarks and service marks are both referred to as "marks." 1 Gilson § 1.02.

As the definitions show, the "primary" function of a mark is to "tell[] the public who is responsible for a product" or service. *Jack Daniel's*, 599 U.S. at 146. "Trademarks can of course do other things: catch a consumer's eye, appeal to his fancies, and convey every manner of message.

But whatever else it may do, a trademark is not a trademark unless it identifies a *product's* source (this is a Nike) and distinguishes that source from others (not any other sneaker brand)." *Id.* (emphasis added).

"Unlike a patent or a copyright, a trademark right is not a right in gross or at large." 1 Gilson § 1.03. "There is no such thing as bare title to a word or a symbol." *Id.* Nor can there be "an unyielding legal monopoly in a trademark, which is only an identifying symbol representing the goodwill of a business." *Id.* As such, a trademark's "exclusionary attributes" extend only to protecting the business's goodwill in a product or service sold in commerce. *Id.*

"To acquire ownership of a trademark," therefore, "it is not enough to have invented the mark first or even to have registered it first; the party claiming ownership must have been the first to actually use the mark *in the sale of goods or services*." *Hana Fin., Inc.* v. *Hana Bank*, 735 F.3d 1158, 1163 (9th Cir. 2013) (emphasis added), *aff'd*, 574 U.S. 418 (2015). "[A] concept or an idea for a new trademark is not itself a 'trademark.' Rights in a trademark are gained through use before the relevant public *in the marketplace*, not through invention." 2 McCarthy on Trademarks and Unfair Competition § 16:11 (5th ed. Sept. 2024 update) (emphasis added).

The party who first uses a mark in commerce to sell a good or service will "have priority over other users." *Hana Financial*, 574 U.S. at 419. "The traditional rule is that use of a symbol in steps preliminary to

establishing a business does not establish a priority date or a use sufficient for federal registration." 2 McCarthy § 16:12. Instead, pre-sale activities may establish priority only where the mark is used in public in a manner that creates an association among consumers between the mark and the soon-to-be-available goods or services. *See Social Technologies LLC*, 4 F.4th at 818. But that bar is high: internal, private, or limited efforts to prepare a product for launch do not establish priority. *E.g.*, *Chance* v. *Pac-Tel Teletrac Inc.*, 242 F.3d 1151, 1160 (9th Cir. 2001).

### 3. Rogozinski has no viable trademark claim.

As noted above, the only trademark claim that Rogozinski pursues on appeal is for a declaratory judgment regarding ownership of the WALLSTREETBETS mark. OB16. The district court correctly dismissed that claim (as well as Rogozinski's other trademark claims) because Rogozinski failed to allege commercial use of the WALLSTREETBETS mark in connection with any product or service that was *both* separate from, and prior to, Reddit's service of hosting and operating the r/wallstreetbets subreddit.

#### a. Rogozinski failed to allege first commercial use of the mark with a product or service.

The fundamental problem with Rogozinski's remaining trademark claim (and with his forfeited and waived trademark claims) is that Rogozinski did not provide any good or service in commerce when he came up with the name "WALLSTREETBETS" in 2012. The only "ser-

vice" at issue, as described by Rogozinski himself in both his trademark application and his complaint, was "a web-based community for the exchange of financial information." 2-ER-149; *see also* 2-ER-156 (trademark application describing the service as "an online forum for financial and trading information"). That service was provided by Reddit—not Rogozinski. Reddit and its employees wrote the code, owned and managed the servers, stored the data, and performed all the other technical and legal functions required to provide a web-based forum for its users. Because *Reddit* provided the relevant commercial service, the trademark rights in the name of that service belong to Reddit.

Rogozinski's own pleadings confirm that the r/wallstreetbets mark was first used in commerce in connection with services provided by Reddit, on Reddit. In addition to his description of the service quoted just above, he further acknowledges that "Reddit use[d] the WALLSTREET-BETS trademark in commerce by operating the r/WallStreetBets subreddit on the company's website." 2-ER-174; *see also* 6-ER-915 (same). And he recognizes that the r/wallstreetbets subreddit was organized on Reddit's platform on January 31, 2012, before Rogozinski allegedly made commercial use of the mark with respect to other goods and services (*e.g.*, his book). 2-ER-147–148; 6-ER-898–899. Indeed, Rogozinski does not make any argument about priority in his opening brief, thereby conceding that the first use *in commerce* of WALLSTREETBETS was Reddit's hosting of the r/wallstreetbets subreddit on its online platform.

Rogozinski does not repeat on appeal an argument implicit in his pleadings: that even if Reddit provided the *main* online forum via the Reddit platform, Rogozinski provided the *sub* online forum by creating a subreddit on that platform. That argument would fail even if pressed on appeal because subreddits are simply how discussions are organized by topic on the broader Reddit platform. Rogozinski did not create his own forum separate and apart from Reddit's forum; he simply used the software features that Reddit provided to start a discussion in which any member of Reddit's web-based community could participate.

The Trademark Trial and Appeal Board rejected a similar "sub-community" argument in *In Re Florists' Transworld Delivery, Inc.*, 119 U.S.P.Q. 2d 1056 (T.T.A.B. 2016). There, an online flower store applied to register a service mark in "Class 42 (Creating an on-line community ...)." *Id.* at *2. As a specimen, the flower store submitted printouts from its Twitter account showing conversations between the store owners and their customers. *Id.* at *1. The TTAB affirmed the examining attorney's rejection of the application in Class 42 because the store had not created an online community; it had simply used the online community that Twitter created to interact with its customers. *Id.* at *5 ("[B]y participating in the online community created by Twitter, [the store] has not thereby created an online community that others can use in the same fashion, i.e., [the store] does not provide a platform by which its followers can create a profile, establish a homepage, and attract further followers.").

The TTAB further rejected the flower store's argument that it had "created its own virtual sub-community, and that it [was] the services of creating this sub-community which [were] covered by [the store's] application." *Id.* The TTAB explained:

> We disagree with [the store's] contention that its mere presence on the Twitter platform amounts to the rendering of a separately registrable service. [The store] has not created a sub-community *forum*; to the extent that [the store] has carved out a smaller, online "community" of persons with an interest in flowers and related items, made up of its customers and prospective customers, [the store] has done nothing more than use the Twitter online community forum to engage in social-networking for its own benefit, and to advertise its online retail store services, which are rendered over its own corporate website at http://www.ftd.com.

*Id.*

So too here. Rogozinski did not create any service or online community separate and apart from Reddit's. He availed himself of *Reddit's service* in the way that Reddit intended and allowed: by starting a subreddit in which he and *millions of other Reddit users* could participate in conversations on a topic of mutual interest. The TTAB's reasoning is directly on point and supports the district court's decision dismissing Rogozinski's complaint. *See* 1-ER-6–8, 18–20.

For that fundamental reason, Rogozinski has no viable trademark claim in WALLSTREETBETS, as the district court correctly determined.

### b. Rogozinski's counterarguments fail.

Rogozinski's central contention on appeal is that the district court erred by focusing on the source of the *service* instead of the source of the *mark* or the *brand. See, e.g.*, OB13, 20, 23–26. But there was no error. The district court correctly looked to the source of the service because, as this Court has explained, a person does not acquire ownership of a trademark by inventing the mark; ownership flows from being "the first to actually use the mark in the sale of goods or services" in commerce. *Sengoku Works*, 96 F.3d at 1219. While Rogozinski says (OB23) that "[trademark] ownership is about the source behind the first use," in fact the law asks who first used the mark *with a commercial service or good. See Hana Financial*, 735 F.3d at 1163.

Rogozinski's efforts to obscure this basic point with inapplicable analogies are unavailing. He first compares himself (OB27) to a product manufacturer, observing that in trademark disputes between manufacturers and distributors, courts typically presume that the mark is owned by the manufacturer in the absence of an agreement between the parties. *See* McCarthy § 16:48. But the "product" here is actually a "service" (a web-based community forum), and that service was both "manufactured" (*i.e.*, created) and "distributed" by Reddit. Rogozinski was simply a user of the service. The analogy gets him nowhere.

Rogozinski is similarly misguided in arguing (OB32–41) that he is like the producer of a product or service who advertises on third-party

platforms. To be sure, producers of goods and services do not lose their trademarks by advertising on third-party platforms. If McDonald's advertises burgers on Facebook, for example, it obviously maintains the trademark rights it has acquired through the sale of the named burgers. And it is also true, as Rogozinski suggests, that non-sales activities like advertising may be considered in determining whether a service has been adequately used in commerce. *See Chance*, 242 F.3d at 1159. But Rogozinski did not advertise any product or service on Reddit. He did not himself sell or provide anything. Instead, he simply claimed *Reddit's service*—the web-based discussion forum—as his own. That he cannot do, as the TTAB explained in *In Re Florists*. 119 U.S.P.Q. 2d 1056.

Contrary to Rogozinski's contention (OB57), the failure of his trademark claim does not mean Reddit is "steal[ing]" his brand. Rogozinski does not lose his "brand" simply because he cannot trademark the name "WALLSTREETBETS" for use in connection with the service of providing an online forum. He can and does hold himself out as the person who started the subreddit and served as its first moderator. As Rogozinski himself acknowledges, he "made more than sixty media appearances to discuss WALLSTREETBETS" between 2020 and 2023 in which "media consistently referred to Rogozinski as WALLSTREETBETS' founder." 2-ER-168–169. Nothing is stopping Rogozinski from continuing to make such appearances or otherwise leveraging his reputation as the subreddit's "founder." He just cannot appropriate the mark that identifies *Red-*

*dit's commercial service*—an online forum provided by Reddit to which millions of Redditors have contributed their own creative content.

Rogozinski's First Amended Complaint thus fails to allege facts demonstrating ownership of the WALLSTREETBETS mark. His sole remaining trademark claim fails as a matter of law, and the district court's judgment dismissing all trademark claims should be affirmed.

### C.   The district court properly dismissed Rogozinski's state-law claims.

Rogozinski's state-law claims fail as well. They are barred by CDA Section 230, and in any event are independently meritless.

#### 1.  Standard of review.

This Court reviews "de novo both a district court order dismissing a plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6) and questions of statutory interpretation." *Dyroff* v. *Ultimate Software Grp., Inc.*, 934 F.3d 1093, 1096 (9th Cir. 2019) (affirming dismissal of complaint under Section 230).

#### 2.  CDA Section 230 bars Rogozinski's state-law claims.

Rogozinski's state-law claims each attempt to impose liability on Reddit for moderating the content in the r/wallstreetbets subreddit. By removing Rogozinski's moderator privileges, Reddit prevented him from guiding the community discussion and posting as a moderator. And it allowed third-party conversations on the subreddit to continue notwithstanding Rogozinski's potential objection based on his "brand." Reddit

thus exercised its discretion to decide what content to feature on its website. Such quintessentially editorial decisions are precisely what CDA Section 230 was intended to immunize. The Court should affirm the district court's decision to dismiss the state-law claims under Section 230.

### a. Section 230 immunizes Reddit's content-moderation decisions.

Congress enacted Section 230 because it recognized that traditional publisher liability—which would have held online platforms responsible for some content posted by individual users—threatened the Internet's development and growth. *See Estate of Bride ex rel. Bride* v. *Yolo Techs., Inc.*, 112 F.4th 1168, 1175 (9th Cir. 2024). "Traditional publisher liability held that if a publisher took upon itself the task of moderating or editing the content that appeared within its pages, it became responsible for anything tortious written there." *Id.* This threatened to force online service providers into a Catch-22: either "voluntarily filter some content and risk overlooking problems and thereby incurring tort liability, or take a hands-off approach and let the trolls run wild." *Id.*

Section 230, titled "Protection for 'Good Samaritan' blocking and screening of offensive material," allows service providers to "perform some editing on user-generated content without thereby becoming liable for all defamatory or otherwise unlawful messages they didn't edit or delete." *Fair Hous. Council of San Fernando Valley* v. *Roommates.Com, LLC*, 521 F.3d 1157, 1163 (9th Cir. 2008) (en banc). The subsection rele-

vant here, Section 230(c)(1), establishes that no provider "of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." 47 U.S.C. § 230(c)(1).[6]

Where a plaintiff's cause of action is not statutorily exempt, Section 230(c)(1) immunity applies to: "(1) a provider or user of an interactive computer service (2) whom a plaintiff seeks to treat, under a state law cause of action, as a publisher or speaker (3) of information provided by another information content provider." *Barnes* v. *Yahoo!, Inc.*, 570 F.3d 1096, 1100–1101 (9th Cir. 2009) (footnote omitted); *see* 47 U.S.C. § 230(e)(1)–(5) (exempting, among other things, trademark claims).

The immunity analysis often turns, as it does here, on the second *Barnes* prong, which "considers whether the cause of action alleged in the complaint seeks to plead around the CDA's structures and treat the defendant as a 'publisher or speaker' of third-party content." *Bride*, 112 F.4th at 1176. "What matters is not the name of the cause of action but whether the cause of action inherently requires the court to treat the defendant as the 'publisher or speaker' of content provided by another." *Id.* (cleaned up). "The act of publication involves reviewing, editing, and

---

[6] A related subsection bars liability against an online service for "any action voluntarily taken in good faith" to restrict material they "consider[] to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable." 47 U.S.C. § 230(c)(2).

deciding whether to publish or to withdraw from publication third-party content." *Id.*

To determine whether a claim seeks to treat a provider as a publisher or speaker, "courts must ask whether the *duty* that the plaintiff alleges the defendant violated derives from the defendant's status or conduct as a 'publisher or speaker.'" *Calise* v. *Meta Platforms, Inc.*, 103 F.4th 732, 740 (9th Cir. 2024) (emphasis added). The duty analysis encompasses two questions: (1) "what is the 'right' from which the duty springs?"; and (2) "what is this duty requiring the defendant to do?" *Id.* If the duty springs from the provider's status as a publisher, immunity applies. *Bride*, 112 F.4th at 1177. If the duty springs from a different obligation—such as a contractual promise, where one is demonstrated—immunity applies if the legal duty requires the provider to moderate content to fulfill the duty. *Id.*

> **b.  Rogozinski's state-law claims seek to hold Reddit liable for content moderation.**

Applying this Court's precedents, Rogozinski's state-law claims are clearly barred under CDA Section 230. For one thing, there is no dispute that Reddit provides an "interactive computer service." *See* 47 U.S.C. § 230(f)(2) (defining "interactive computer service"); *Does 1-6* v. *Reddit, Inc.*, 51 F.4th 1137, 1141 (9th Cir. 2022) (finding that Reddit provides an interactive computer service), *cert. denied*, 143 S. Ct. 2560 (2023).

As to the other two *Barnes* prongs, courts in this Circuit and elsewhere have routinely held—uniformly as far as Reddit is aware—that Section 230(c)(1) protects an online platform's choice to suspend or delete a user's account.[7] And indeed, in this case the application of Section 230 is even more straightforward because Reddit removed Rogozinski's *moderator* privileges. That is, Reddit stepped in to exercise its discretion to determine who can curate third-party content on the site, and to disallow Rogozinski from undertaking that curation. That is core publisher activity that Congress protected in Section 230.

---

[7] *See, e.g.*, *Murphy* v. *Twitter, Inc.*, 60 Cal. App. 5th 12, 27 (2021) ("Courts have routinely rejected a wide variety of civil claims like Murphy's that seek to hold interactive computer services liable for removing or blocking content or suspending or deleting accounts (or failing to do so) on the grounds they are barred by the CDA.") (collecting cases); *Riggs* v. *MySpace, Inc.*, 444 F. App'x 986, 987 (9th Cir. 2011) (immunizing decision "to delete [plaintiff's] user profiles"); *Al-Ahmed* v. *Twitter, Inc.*, 648 F. Supp. 3d 1140, 1160 (N.D. Cal. 2023) ("[T]he suspension of a user account is generally considered a publishing decision related to information provided by the user."); *Rangel* v. *Dorsey*, No. 21-cv-8062, 2022 WL 2820107, at \*3 (N.D. Cal. July 19, 2022) ("decision to exclude [plaintiff's] content and suspend [his] account" was a "traditional publishing function"); *Federal Agency of News LLC* v. *Facebook, Inc.*, 432 F. Supp. 3d 1107, 1120–1121 (N.D. Cal. 2020) (removal of user's account was immunized by Section 230(c)(1) as a removal of content); *Lewis* v. *Google LLC,* 461 F. Supp. 3d 938, 954–955 (N.D. Cal. 2020) (deciding whether to allow account holder to monetize content is publisher conduct), *aff'd,* 851 F. App'x 723 (9th Cir. 2021); *Pennie* v. *Twitter, Inc.*, 281 F. Supp. 3d 874, 890 (N.D. Cal. 2017) (prohibiting certain accounts is a content-based decision); *Fields*, 200 F. Supp. 3d at 972–973 (immunity applies to decisions about who may create accounts and post on the site).

Rogozinski's state-law claims seek impermissibly to hold Reddit liable for its publisher conduct—*i.e.*, for its decisions about which content provided by third parties (not by Reddit itself) to allow on the site. As this Court has explained, "publication involves reviewing, editing, and deciding whether *to publish or to withdraw from publication* third-party content." *Bride*, 112 F.4th at 1176 (emphasis added). Publication thus includes "any activity that can be boiled down to deciding whether to exclude material that third parties seek to post online." *Roommates*, 521 F.3d at 1170–1171; *see also Barnes*, 570 F.3d at 1102 n.8 (explaining that publication includes "deciding what to publish in the first place [and] what to remove among the published material"); *Roommates*, 521 F.3d at 1170 n.29 (same); *Green* v. *America Online (AOL)*, 318 F.3d 465, 471 (3d Cir. 2003) (the CDA bars claims "relating to the monitoring, screening, and deletion of content from [a covered service]—actions quintessentially related to a publisher's role").

Rogozinski's chief objection, which fuels each of his state-law claims, is that Reddit removed the privileges he enjoyed as a moderator to shape the discussion on the r/wallstreetbets subreddit. 2-ER-170–171. By removing his moderator privileges, Reddit prevented him from, *inter alia*, using special mod features to highlight his own posts as official "mod" submissions; "pinning" posts at the top of the subreddit; inviting others to contribute content as moderators; removing content from the subreddit; and banning users from the subreddit. Rogozinski believes

-38-

that *he*—as opposed to Reddit or the moderators who have continued to guide the community since Rogozinski's removal—should have retained the power to decide what third-party content is posted or featured on Reddit's platform. And he objects specifically to Reddit's decision after his removal to allow third-party users in the subreddit to post certain "content" that he considers "object[ionable]." 2-ER-176.

The claimed legal duties that underlie Rogozinski's causes of action demonstrate that Reddit's removal of Rogozinski's moderation privileges was a quintessentially editorial decision about whether to publish (or not) third-party content in the community. At bottom, Rogozinski seeks to impose a duty on Reddit to make different decisions than he would have about what content to publish. That is precisely what Section 230(c)(1) does not allow. Rogozinski appears to respond (OB49) that removing a *moderator* is different from removing *content*. But Reddit's decisions about who can post and in what capacity are "choices about what third-part content can appear on [the site] and in what form," just as newspapers exercise publishing discretion when selecting their Opinions page editor. *Fields* v. *Twitter, Inc.*, 200 F. Supp. 3d 964, 973 (N.D. Cal. 2016).

Rogozinski's allegations and legal assertions in the First Amended Complaint show that each of his claims targets Reddit's editorial decisions about the third-party content on the subreddit:

**Violation of the right of publicity:** Rogozinski alleges that "Reddit uses Rogozinski's identity by operating the r/WallStreetBets subred-

dit on the company's website"; that "[t]he r/wallstreetbets subreddit includes links to content to which Rogozinski objects and which harm his reputation"; and that "[t]he r/wallstreetbets subreddit does not contain any prominent disclaimer regarding Rogozinski." 2-ER-176. In other words, the heart of this claim is that Reddit *failed to remove certain content* from the r/wallstreetbets subreddit that Rogozinski found objectionable, and *did not include other content* (a disclaimer) advising users that Rogozinski was no longer associated with the site. Choosing what content to include and exclude is the core function of a publisher. And altering those choices are the very duty that Section 230 does *not* permit a plaintiff to impose on an interactive computer service like Reddit.[8]

**Breach of contract:** Rogozinski next alleges that Reddit breached its contract with him by "suspending him as a moderator of the WALL-STREETBETS [sic] in violation of its own terms and policies"; "failing to follow the company's 'top mod' policy"; and "failing to reinstate Rogozinski as moderator of the WALLSTREETBETS forum." 2-ER-177. Again, by challenging Reddit's decision to remove him as a moderator, Rogozinski is seeking to impose a duty on Reddit to make different editorial decisions regarding who may contribute content to the subreddit and what that content will be—prototypical publisher responsibilities. The

---

[8] To the extent Rogozinski is arguing that the subreddit is his identity, he appears to be suggesting that Reddit may not publish the subreddit at all. Reddit's prerogative to publish the subreddit is undeniably a publisher function.

fact that Rogozinski couches his claim under the heading of breach of contract is not dispositive, as *Barnes* shows. *See* 570 F.3d at 1103 (Section 230 barred the plaintiff's negligent-undertaking claim, which was really a defamation claim pleaded through a different cause of action). What matters to § 230 is the *substance* of Rogozinski's claim seeking to impose a duty on Reddit to change the way it moderates content on its platform. *See Roommates*, 521 F.3d at 1170–1171 (Section 230(c)(1) applies to "any activity that can be boiled down to deciding whether to exclude material that third parties seek to post online").

**Violation of duty of good faith and fair dealing:** Rogozinski alleges that Reddit violated its duty of good faith and fair dealing by "wrongfully suspending Rogozinski's ability to moderate WALLSTREET-BETS in violation of Reddit's user agreement and policies." 2-ER-177. Here again, Rogozinski is simply challenging Reddit's decision regarding what speakers and content to allow on the r/wallstreetbets subreddit.

**Violation of California UCL:** Last, Rogozinski alleges that "Reddit is engaged in a practice of asserting trademark rights in the brand names of subreddits." 2-ER-178. But his appeal brief does not challenge the district court's finding that he lacks statutory standing to pursue a UCL claim based on a supposedly unfair trademark practice. And to the extent Rogozinski's UCL claim is based on Reddit's alleged interference with his control of his "brand," that is just another way of saying that Reddit acted unfairly in removing him as a moderator and continuing to

host the subreddit without him as a moderator—actions that, again, are fundamentally the decision of a publisher.

*

Rogozinski emphasizes (OB49) his breach-of-contract claim, which he says is about Reddit's "own managerial decisions." But this Court's Section 230 duty analysis—which asks whether Reddit "manifested [an] intention to be legally obligated to do something" distinct from making publication decisions, *Calise*, 103 F.4th at 741—was properly applied by the district court, and it confirms what is plain from the face of the First Amended Complaint: Reddit never promised through its Terms, Moderator Guidelines, or anywhere else that it would retain Rogozinski as a moderator or edit the content of the subreddit as he would prefer.

To the contrary, Reddit's Terms reserved Reddit's "right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms." 2-ER-100. The Terms also advise that Reddit may, in its "sole discretion, delete or remove [third-party] Content at any time and for any reason, including for a violation of these Terms." 2-ER-121. The Moderator Guidelines likewise say that "Reddit may, at its discretion, intervene to take control of a community when it believes it is in the best interest of the community or the website." 2-ER-129. Contrary to Rogozinski's misreading of the April 7, 2020 notice advising him of his seven-day suspension, Reddit never represented that he would be reinstated as a moderator after the suspension. 2-ER-102.

The notice simply said that his account suspension would last seven days and that Rogozinski would "no longer [be] permitted to moderate communities on Reddit with this or other accounts." *Id.*

Rogozinski thus cannot point to any enforceable promise that would give rise to a duty separate and apart from Reddit's duty as a publisher. While Rogozinski may dispute that he violated Reddit's Terms, Reddit was empowered to make that determination in its sole discretion and to remove moderators for any reason or no reason at all. This case is therefore like those in which courts have found that § 230 immunity applies because there is no allegation that the service provider made any enforceable promise.[9] By the same token, this case is fundamentally different from those in which courts have found an independent duty based on the existence of such a promise.[10]

---

[9] *See, e.g.*, *Dehen* v. *Does 1-100*, No. 17-cv-198, 2018 WL 4502336, at *4 (S.D. Cal. Sept. 19, 2018) (CDA barred claims because "Twitter's terms of service disclaim any specific obligation to remove content and Dehen makes no allegation that Twitter promised to remove the content."); *Prager Univ.* v. *Google LLC*, 85 Cal. App. 5th 1022, 1037 (2022) (holding that plaintiff's "contractual theories are barred [by the CDA] because they are irreconcilable with the express terms of the integrated agreements" and plaintiff failed to identify an enforceable promise that was breached); *Cross* v. *Facebook, Inc.*, 14 Cal. App. 5th 190, 203–204 (2017) (CDA barred claims because Facebook never made an "express promise" "to take specific action to remove content" and its terms expressly gave it "discretion to remove content").

[10] *See, e.g.*, *Bride*, 112 F.4th at 1178 (plaintiffs alleged that service provider "represented to anyone who downloaded its app that it would

-43-

Moreover, even if Rogozinski's state-law claims had any merit (they do not), the *only* way Reddit could have avoided liability would have been to maintain/reinstate Rogozinski's moderator status or to moderate content in accord with Rogozinski's preferences. Because the alleged duty that Rogozinski seeks to impose through this lawsuit would require that Reddit moderate content in a particular way, this Court's precedent establishes that Section 230 protection applies. *See Bride*, 112 F.4th at 117; *Calise*, 103 F.4th at 744 (finding Section 230 immunity applicable where Meta "would need to actively vet and evaluate third party ads" to avoid liability).

### c. Rogozinski's counterargument is meritless.

Rogozinski's appellate brief does not seriously contest any of the points above. Instead, he proposes (OB49–50) an entirely new test for CDA immunity, claiming that courts must "filter" out "publisher facts" before deciding whether Section 230 applies. But Rogozinski does not ground his proposed new test in any decision by any court. He quotes *Barnes* as saying that Section 230 does not "declare[] a general immunity from liability deriving from third-party content." 570 F.3d at 1100. But that just means that courts must conduct a claim-by-claim analysis to

---

not tolerate 'objectionable content or abusive users' and would reveal the identities of anyone violating these terms"); *Calise*, 103 F.4th at 743 (finding that "Meta manifested its intent to be legally obligated to 'take appropriate action' to combat scam advertisements[]" and "became bound by a contractual duty separate from its status as a publisher").

determine whether each claim seeks to treat the defendant as a publisher or speaker. *Id.* at 1100–1102. *Barnes* nowhere suggests that courts must filter facts, as Rogozinski argues. No other case does either.

Even if the Court were to adopt Rogozinski's proposed filtering test, his state-law claims would still be barred under CDA Section 230. The facts alleged in the First Amended Complaint relate to Reddit's decision to remove Rogozinski as moderator. There are no "non-publisher" facts upon which Rogozinski can rely to support his claims.

The district court correctly concluded that CDA Section 230 bars Rogozinski's state-law claims.

### 3. In the alternative, Rogozinski's state-law claims fail as a matter of law.

Even if this Court wanted to avoid determining whether Section 230 applies here, the judgment below can be affirmed on the alternative ground that Rogozinski's state-law claims all fail on the merits. None states a claim on which relief can be granted.

#### a. Rogozinski's right-of-publicity claim fails.

To succeed on a claim for violation of the California right of publicity (2-ER-176)—also known as commercial misappropriation, 5 Witkin, Summary 11th Torts § 784 (2024)—a plaintiff must prove: "(1) the defendant's use of the plaintiff's identity; (2) the appropriation of plaintiff's name or likeness to defendant's advantage, commercially or otherwise; (3) lack of consent; and (4) resulting injury." *Downing* v. *Abercrombie &*

*Fitch*, 265 F.3d 994, 1001 (9th Cir. 2001). Rogozinski's commercial misappropriation claim fails for three reasons.

*First*, the claim is barred by the applicable two-year statute of limitations. *See Yeager* v. *Bowlin*, 693 F.3d 1076, 1081 (9th Cir. 2012). A cause of action for commercial misappropriation accrues when the defendant first publishes the material containing the unauthorized use of the plaintiff's name or likeness. *Christoff* v. *Nestle USA, Inc.*, 47 Cal. 4th 468, 476 (2009); *see Yeager*, 693 F.3d at 1082 (applying this rule to the internet). Rogozinski alleges that the publication in question is Reddit's operation of r/wallstreetbets without him serving as a moderator: He claims "Reddit uses Rogozinski's identity by operating the r/WallStreetBets subreddit on the company's website for the company's commercial advantage." 2-ER-176. Rogozinski learned that his moderation privileges had been revoked on April 7, 2020, 1-ER-157, but he did not file his lawsuit until almost three years later (on February 15, 2023, 6-ER-894). So his commercial-misappropriation claim is time-barred.

*Second*, Reddit never used Rogozinski's name or likeness, and Rogozinski does not allege that it did. *Cf. Downing*, 265 F.3d at 1001. Instead, he appears to allege that the r/wallstreetbets subreddit *is* his identity. 2-ER-176 ("Reddit uses Rogozinski's identity by operating the r/WallStreetBets subreddit ...."). That theory appears to derive from *Motschenbacher* v. *R.J. Reynolds Tobacco Co.*, 498 F.2d 821 (9th Cir. 1974), which held that a picture of a famous race car driver (Motschen-

bacher) driving his unique and well-known race car was commercial misappropriation even though Motschenbacher's face was not visible. *Id.* at 822. In a later case citing *Motschenbacher*, the use of a Bette Midler "sound alike" was found to be commercial misappropriation because listeners would believe the voice was Midler's. *See Midler* v. *Ford Motor Co.*, 849 F.2d 460, 463 (9th Cir. 1988).

*Motschenbacher* and *Midler* have no application here. The advertisement in *Motschenbacher* allowed people to infer that "[Motschenbacher] was in the car and was therefore endorsing the product," and the ad in *Midler* "used an imitation to convey the impression that Midler was singing" for the product makers. *Midler*, 849 F.2d at 463. Nothing of the sort happened here. While Rogozinski may be known to some as the founder of r/wallstreetbets and a former moderator, that does not mean his *identity* was misappropriated when the subreddit continued without his involvement through the efforts of the remaining moderators and the millions of individual users who contribute to the community. Apple did not misappropriate Steve Jobs's *identity* when it continued to operate after he left for NeXT computer, and Steve Jobs was much more closely associated with Apple than Rogozinski is with r/wallstreetbets.

Reasonable people can and do readily distinguish between what a person does, makes, or owns and who they are. *See Robinson* v. *HSBC Bank USA*, 732 F. Supp. 2d 976, 984 (N.D. Cal. 2010) (no commercial misappropriation where advertisement featured plaintiffs' distinctive

home even though plaintiffs were "known as the owners of the home"). This is especially so given that the r/wallstreetbets subreddit is an online *community* of *millions* of users, each of whom contributed to the subreddit's prominence. The First Amended Complaint itself says that media attention to the subreddit has focused on the contributions of its many community members, not on Rogozinski himself. 2-ER-153 (quoting *Money* as saying that WALLSTREETBETS "is best known as a place where users announce their bets on the market"); *id.* (quoting *Vice*: "/r/Wallstreetbets is like a scrappier, more foul-mouthed version of the startup community"); 2-ER-154 (quoting *Bloomberg*: "[a] band of Reddit users is hijacking stocks and defying even the coronavirus sell-off"). Reddit's continued hosting of the r/wallstreetbets subreddit thus does not constitute commercial misappropriation of Rogozinski's name, likeness, or identity.

*Third*, even if Reddit had used Rogozinski's name, or likeness, or identity (it did not), Reddit's use would qualify for First Amendment protection under the five-factor "transformative use test": (1) "the depiction or imitation of the celebrity [*i.e.*, Rogozinski]" was not "the very sum and substance of the work [*i.e.*, the r/wallstreetbets subreddit]"; (2) the work was primarily the Reddit community's own expression, not a mere "reproduction of the celebrity"; (3) creative (as opposed to imitative) elements predominate in the work; (4) the "marketability and economic value of the challenged work" does not derive primarily from the fame of

the celebrity depicted; and (5) no creator's skill was subordinated to the overall goal of creating a conventional portrait of a celebrity so as to commercially exploit his fame. *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, 724 F.3d 1268, 1274 (9th Cir. 2013). In particular, the success of r/wallstreetbets was based on the growth of the *community* and its members' contributions, not solely or primarily on Rogozinski's own alleged fame or any "literal depictions" of him. *Ross* v. *Roberts*, 222 Cal. App. 4th 677, 689 (2013).

The poor fit between the transformative-use factors and the facts of this case highlights why Rogozinski has no conceivable commercial misappropriation claim.

### b. Rogozinski's breach-of-contract claim fails.

Rogozinski argued below that Reddit breached its "User Agreement and related policies" by "suspending him as a moderator of the WALL-STREETBETS [sic] in violation of its own terms and policies"; "failing to follow the company's 'top mod' policy"; and "failing to reinstate Rogozinski as moderator of the WALLSTREETBETS forum prior [sic] on or before April 14, 2020, at the end of his seven-day suspension." 2-ER-177. This breach-of-contract claim fails for multiple reasons.

Critically, Rogozinski does not identify which specific contractual terms Reddit supposedly violated when it removed him as a moderator. That alone requires dismissal of his contract claim. *See Hansen* v. *Marin Gen. Hosp.*, No. 17-cv-3473, 2019 WL 1509182, at *5 (N.D. Cal. Apr. 5,

2019) (dismissing breach-of-contract claim because plaintiff failed to identify the specific provision supposedly violated); *Worldwide Media, Inc.* v. *Twitter, Inc.*, No. 17-cv-7335, 2018 WL 5304852, at *5 (N.D. Cal. Oct. 24, 2018) (similar).

Even if the Court sets aside Rogozinski's failure to identify a specific provision and undertook to examine every provision of every agreement, policy, and rule mentioned anywhere in the First Amended Complaint, there is nothing prohibiting Reddit from revoking Rogozinski's moderator privileges or requiring Reddit to reinstate them. The Terms make clear that Reddit "reserve[s] the right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms." 2-ER-122. They further empower Reddit to "delete or remove [user content] at any time and for any reason, including for violating [the] terms," in its "sole discretion." 2-ER-121.

The Moderator Guidelines similarly confirm Reddit's broad discretion to remove moderators as it sees fit:

- "Moderators don't have any special powers outside of the community they moderate and are not Reddit employees. They're free to run their communities as they choose, *as long as they don't break the rules outlined in Reddit's Content Policy or Moderator Code of Conduct.*"

- "*Reddit may, at its discretion, intervene to take control of a community when it believes it is in the best interest of the community or the website.* This should happen rarely (e.g., a top moderator abandons a thriving community), but when it does, our goal is to keep the platform alive and

vibrant, as well as to ensure your community can reach people interested in that community."

- "*Reddit may step in with actions to heal the issues*—sometimes pure education of the moderator will do, but these actions could potentially include *dropping you down the moderator list, removing moderator status, prevention of future moderation rights, as well as account deletion.* We hope permanent actions will never become necessary."

2-ER-117, 128–129 (emphasis added).

Rogozinski has suggested that Reddit's Cake Day Agreement led him to believe he could commercialize r/wallstreetbets as a moderator. 2-ER-146. But the Cake Day Agreement did not govern at the time Rogozinski began to monetize the subreddit. And even if it had, the Cake Day Agreement both prohibited the conduct that Rogozinski engaged in and allowed Reddit to suspend or restrict access to its service for any reason. That agreement prohibited the posting of "advertising … and/or commercial offers" and provided that Reddit "has the right to terminate and/or suspend your ability to access [reddit.com] or any portion thereof, for any or no reason, without notice." 2-ER-130–131.

Rogozinski further suggested that Reddit failed to follow its "top mod removal process," which he alleges (on information and belief only) was in place before "his suspension from the platform." 2-ER-158. But Rogozinski does not allege that he was removed as a mod pursuant to that process. And that "process" applies only where a "top mod" is no longer actively moderating a community, not where the moderator has

been removed for violating Reddit's Terms. 2-ER-132. What's more, the process is only one "possible" way for a moderator who is no longer actively moderating a community to be removed by Reddit after community-based efforts fail; it is not a contractual agreement between Reddit and its mods that *requires* Reddit to undertake mandatory steps before removing a top mod, especially since the Terms and Moderator Guidelines expressly authorize Reddit to remove a moderator for any reason or no reason at all. *See id.*

Finally, Rogozinski appeared to argue in the district court that the April 7, 2020 notice gave him some sort of right to reinstatement as a moderator. 2-ER-157. Not so: the notice clearly sets forth the basis for temporarily suspending Rogozinski's user account and *permanently removing his moderator privileges*:

> Your account has been suspended from Reddit for attempting to monetize a community. The suspension will last 7 day(s).

> We do not permit moderators to perform moderation actions in return for any form of compensation or favor from third parties, nor are moderators permitted to enter agreements with third parties on behalf of a subreddit. As a result, *you are no longer permitted to moderate communities on reddit with this or other accounts.*

*Id.* (emphasis added).

Rogozinski may disagree with Reddit's determination that he violated the Terms, but the parties agreed through their contract that was Reddit's decision to make in its sole discretion. 2-ER-121–123; *see King*

-52-

v. *Facebook, Inc.*, No. 19-cv-1987, 2019 WL 6493968, at *1 (N.D. Cal. Dec. 3, 2019) ("[F]atal to King's breach claim is that the Terms themselves provide that Facebook may for 'any reason' and in its 'sole discretion' remove content and suspend or block users accounts."), *aff'd*, 845 F. App'x 691 (9th Cir. 2021); *Caraccioli* v. *Facebook, Inc.*, 167 F. Supp. 3d 1056, 1064 (N.D. Cal. 2016) (dismissing breach of contract claim where terms did "not create affirmative obligations"), *aff'd*, 700 F. App'x 588 (9th Cir. 2017); *Joude* v. *WordPress Found.*, No. 14-cv-1656, 2014 WL 3107441, at *5 (N.D. Cal. July 3, 2014) ("A plaintiff cannot predicate a breach of contract claim on a defendant's terms of service where those terms did not commit the defendant to performing any particular action.").

For those reasons, no provision in any agreement, policy, or rule supports Rogozinski's breach-of-contract claim. And even if Rogozinski had identified some contractual provision that required Reddit to retain a moderator unless he violated the Terms or Moderator Guidelines, Rogozinski's own allegations show that he violated both. In January 2020, Rogozinski exploited his moderator privileges by including a link to purchase his book on the r/wallstreetbets sidebar. 2-ER-155–156. In March 2020, he started using the subreddit and his moderator privileges to advertise a financial-trading competition run by a company he owned and sponsored by a third party. 2-ER-156. At the same time, he attempted to trademark the name of the subreddit by claiming Reddit's

service as his own. *Id.* All of those actions were impermissible, as shown by the very documents that Rogozinski invokes in his pleadings.

### c. Rogozinski's good-faith-and-fair-dealing claim fails.

Rogozinski's implied-covenant-of-good-faith-and-fair-dealing claim fails because it simply duplicates his contract claim. Rogozinski alleges that "Reddit violated its duty of good faith and fair dealing by … wrongfully suspending Rogozinski's ability to moderate WALLSTREETBETS in violation of Reddit's user agreement and policies as alleged above"—*i.e.*, those referenced in the contract claim. 2-ER-177. Where, as here, the allegations supporting an implied-covenant claim "do not go beyond the statement of a mere contract breach and, relying on the same alleged acts, simply seek the same damages or other relief already claimed in a companion contract cause of action, they may be disregarded as superfluous as no additional claim is actually stated." *Careau & Co.* v. *Sec. Pac. Bus. Credit, Inc.*, 222 Cal. App. 3d 1371, 1395 (1990).

Moreover, reading into the parties' agreements an implied duty requiring Reddit to reinstate Rogozinski as a moderator would contravene the express terms of those agreements. That is not permissible under California law, which provides that "implied terms should never be read to vary express terms." *Carma Devs. (Cal.), Inc.* v. *Marathon Dev. Cal., Inc.*, 2 Cal. 4th 342, 374 (1992); *see also Ebeid* v. *Facebook, Inc.*, No. 18-cv-7030, 2019 WL 2059662, at *8 (N.D. Cal. May 9, 2019) (breach of

the implied covenant of good faith and fair dealing failed because the provider had contractual right to remove any post at its sole discretion).[11]

The good-faith-and-fair-dealing claim is fatally flawed.

### d. Rogozinski's California UCL claim fails.

California's UCL prohibits "any unlawful, unfair or fraudulent business act or practice." *Hodsdon* v. *Mars, Inc.*, 891 F.3d 857, 865 (9th Cir. 2018) (quoting Cal. Bus. & Prof. Code § 17200). A private person has statutory standing under the UCL only if he or she "has suffered injury in fact and has lost money or property as a result of the unfair competition." Cal. Bus. & Prof. Code § 17204. "Only two forms of relief are available: restitution and/or an injunction." *Freeman* v. *ABC Legal Servs., Inc.*, 877 F. Supp. 2d 919, 923 (N.D. Cal. 2012) (citing *Korea Supply Co.* v. *Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1144 (2003)).

**Rogozinski's waiver of a trademark-based UCL claim.** The gravamen of Rogozinski's UCL claim is that Reddit's trademark practices were somehow unfair or fraudulent. *See* 2-ER-178–179. But the district court explained that Rogozinski lacked statutory standing to pursue a

---

[11] To the extent Rogozinski seeks tort recovery under an implied-duty theory, such recovery "is available only in limited circumstances, generally involving a special relationship between the contracting parties, such as the relationship between an insured and its insurer." *Bionghi* v. *Metro. Water Dist. of So. Cal.*, 70 Cal. App. 4th 1358, 1370 (1999). There is no such "special relationship" here with "fiduciary characteristics," and Rogozinski does not allege otherwise. *Pension Trust Fund for Operating Eng'g* v. *Fed. Ins. Co.*, 307 F.3d 944, 955 (9th Cir. 2002).

UCL claim based on Reddit's trademark practices, *see* 1-ER-13, and Rogozinski's brief nowhere challenges that holding on appeal. Rogozinski has accordingly forfeited his UCL claim to the extent it is based on Reddit's alleged trademark practices.

Even setting waiver aside, the district court's standing analysis was correct. To establish statutory standing, Rogozinski was required to show that the alleged loss of money or property "was the result of, i.e., caused by, the unfair business practice … that is the gravamen of the claim." *In re Google Assistant Priv. Litig.*, 457 F. Supp. 3d 797, 839 (N.D. Cal. 2020) (cleaned up). Rogozinski failed to allege that Reddit's trademark practices (as opposed to the removal of his moderator privileges) had anything to do with the supposed (and speculative) loss of e-sports contracts and prospective book sales.

**No other UCL claim.** Rogozinski also does not adequately allege that his UCL claim is based on anything other than Reddit's purported trademark practices—all of which are lawful for the reasons discussed in Part A above. The eight paragraphs in Rogozinski's First Amended Complaint detailing his UCL claim focus exclusively on those purported practices. *See* 2-ER-178–179. Because Reddit first used the relevant marks in commerce by providing an online discussion service, Rogozinski's UCL claim was properly dismissed for failure to state any claim on which relief could be granted.

**No unfair or fraudulent practice.** Finally, even if this Court were to read allegations into the operative complaint that do not exist and assume that Rogozinski was attempting to plead a UCL claim based on a purported practice of removing moderator privileges, that claim would still fail. There is nothing unfair or fraudulent about Reddit maintaining control over the privileges that *it* grants to volunteer moderators on its own platform.

As discussed above, Reddit makes clear to all prospective moderators that it will intervene to take control of a community whenever it believes, in its sole discretion, that such intervention is in the best interests of the community. *See supra* pp. 6–8. Reddit's authority to remove moderators is neither "unfair" nor "fraudulent" within the meaning of the UCL because there is no "probability that a significant portion of the general consuming public or of targeted consumers, acting reasonably in the circumstances, could be misled" into believing they possess any sort of right (contractual or otherwise) to moderation privileges on Reddit's platform. 61 Cal. Jur. 3d Unfair Competition § 6 (Aug. 2024 Update) (explaining that "likelihood of deception" is "required to support a claim for a violation of either the unfair or fraudulent prongs of the UCL, under a reasonable consumer standard") (footnote omitted). Further, nothing about Reddit's moderator policies "violates established public policy"; "is immoral, unethical, oppressive or unscrupulous"; or "causes injury to consumers which outweighs its benefits." *Nolte* v. *Cedars-Sinai Med. Ctr.*,

236 Cal. App. 4th 1401, 1407 (2015) (cleaned up); *see also Drum* v. *San Fernando Valley Bar Ass'n*, 182 Cal. App. 4th 247, 256–257 (2010) (same). Reddit has no obligation to allow third parties to control the content on its platform, and no reasonable consumer could think otherwise.

### D. The district court appropriately denied further leave to amend.

This Court reviews for abuse of discretion the district court's decision to deny Rogozinski leave to amend his complaint yet again. *See Telesaurus VPC, LLC* v. *Power*, 623 F.3d 998, 1003 (9th Cir. 2010). "[T]he general rule that parties are allowed to amend their pleadings does not extend to cases in which any amendment would be an exercise in futility or where the amended complaint would also be subject to dismissal." *Novak* v. *United States*, 795 F.3d 1012, 1020 (9th Cir. 2015) (cleaned up). "Futility alone can justify a court's refusal to grant leave to amend." *Id.*

The district court did not abuse its discretion in denying leave to amend here. Rogozinski had two chances to plead a cognizable claim, as well as an opinion from the district court explaining the legal defects in his theories and what would be needed to state actionable claims for relief. But even with the benefit of guidance from the district court's opinion, Rogozinski's First Amended Complaint did nothing meaningful to remedy the flaws the district court identified.

Nor has Rogozinski provided any reason to think that filing yet another complaint would not be an exercise in futility. Rogozinski claims (OB54) he could allege additional facts that would save his complaint,

but his argument shows he would simply repeat the same meritless arguments presented throughout his brief and discussed above. Rogozinski says he could allege "further facts about the source-identification of WALLSTREETBETS from the consumer and user perspective," and why Reddit users supposedly "*knew* that Reddit was *not* the *source* of WALLSTREETBETS, but merely a *medium* for it." *Id.* For all the reasons explained above, such additional allegations would do nothing to save Rogozinski's claims. The district court did not reject those claims because of insufficient factual allegations about source identification; it properly rejected the claims because Rogozinski did not provide an online discussion service in commerce. Reddit did that.

Granting leave to amend would permit Rogozinski merely to burden the courts and parties with a third round of the same legally deficient arguments. This Court should decline to sanction that wasteful exercise. *See Chinatown Neighborhood Ass'n* v. *Harris*, 794 F.3d 1136, 1144–1145 (9th Cir. 2015).

## CONCLUSION

The district court's judgment dismissing Rogozinski's First Amended Complaint with prejudice should be affirmed.

Respectfully submitted,

Ryan T. Mrazik
William Cheever Rava
Caleb Bacos
PERKINS COIE LLP
1201 3rd Ave, Suite 4900
Seattle, WA 98101

Lauren Pardee Ruben
PERKINS COIE LLP
1900 16th St, Suite 1400
Denver, CO 80202

Michael R. Huston
  *Counsel of Record*
PERKINS COIE LLP
2901 N Central Ave, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
mhuston@perkinscoie.com

*Counsel for Defendant-Appellee Reddit, Inc.*

December 20, 2024

## CERTIFICATE OF COMPLIANCE

1.   This brief complies with the type-volume requirement of Circuit Rule 32-1(a) because it contains 13,991 words as determined by the word count function of Microsoft Word, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2.   This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type styles requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*s/ Michael R. Huston*
Michael R. Huston
PERKINS COIE LLP
2901 N Central Ave, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
mhuston@perkinscoie.com

*Counsel for Defendant-Appellee Reddit, Inc.*

## CERTIFICATE OF SERVICE

I, Michael R. Huston, certify that on December 20, 2024, I electronically filed the foregoing Opening Brief of Defendant-Appellant NaphCare, Inc., with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of December, 2024.

<u>s/ Michael R. Huston</u>
Michael R. Huston
PERKINS COIE LLP
2901 N Central Ave, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
mhuston@perkinscoie.com