## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

JAIME ROGOZINSKI,

     *Plaintiff-Appellant*,

     v.

REDDIT, INC.,

     *Defendant-Appellee*.

Civil Appeal No. 24-735

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLATE REPLY BRIEF

Pursuant to Federal Rules of Appellate Procedure 2, 26(b), 27, and to Ninth Circuit Rule 31-2.2, Appellant Jaime Rogozinski for a 32-day extension of time to file his Appellate Reply Brief, up to and including **Monday, April 14,, 2025.** Several reasons justify this extension of time and are detailed in the declaration of counsel, *infra*.

Date: March 13, 2025

Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

1

### 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, counsel for Appellant in this appeal, hereby declare the following:

**(1)** *Current Deadline*: March 12, 2025.

**(2)** *Original Deadline*: January 10, 2025.

**(3)** *Length of Extension*: 32 days.

**(4)** *Reasons for Extension*: Reasons for an extension include the following:

a. <u>Loss of Main Appellant Counsel</u>: The formerly lead appellate counsel has had to take an indefinite leave of absence from the regular practice of law due to personal and familial health issues. This has led to a significant backlog in work for the small non-profit representing Appellant, since it only had two full-time attorneys who were the only two available to work on the appeal. Although the remaining attorney at the nonprofit has attempted to reduce the workload, it is difficult to relinquish many representations especially because, *inter alia*, the undersigned is concerned that turning away the representation would entail that person having no further representation in complex matters for which the undersigned is the only realistically available counsel for that client on major issues for that client. This has impacted not just appellate briefing in this appeal but in many others, for example, where the other counsel was to be the lead brief writer.

b. <u>Unexpected Demands Upon Time</u>: The undersigned has had unexpected childcare disruptions and responsibilities that have affected ability to take the sustained periods of work that are required to focus on complex appellate briefing. In addition, the undersigned has been dealing with sickness that I believe arose during the childcare responsibilities. A number of unexpected additional legal responsibilities have cropped up requiring extensive research into doctrines I was unfamiliar with and that if I did not act upon them quickly would have major consequences for the lives of my clients and their families.

c. <u>Complexity & Novelty of Issues</u>: The issues in this appeal are complex and require significant time and attention, especially due to the loss of the lead appellate counsel who was significantly more familiar with the issues on appeal having done more research, as he did much of the research and reviewed much of the case law for the appeal.

**(5)** *<u>Representation of Diligence</u>*: I believe that my co-counsel and I have exercised reasonable diligence with respect to the prosecution of this appeal.

**(6)** *<u>Position of Other Parties</u>*: The motion is opposed. Notably, from my discourse with opposing counsel, it appears to me that the Appellee instructed the counsel to take this position opposing the extension before it was even requested and I believe this opposition is taken for litigation advantage. I have been highly collegial to opposing counsel in this appeal, not opposing their

extensions and giving as much time as they wanted.  I have never opposed an extension request in any forum and frequently offer my opposing counsel more time than they initially requested from.

**(7)** *Transcript Status*: There are no outstanding transcripts.

I hereby declare that the above statements that I made in this Declaration are true, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: March 13, 2025                          Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This Motion contains **726** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: March 13, 2025              Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Date: March 13, 2025              Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm