# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAIME ROGOZINKI,　　*Plaintiff-Appellant*,　　v.　REDDIT, INC.,　　*Defendant-Appellee*. | Civil Appeal No. 24-735 |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLATE REPLY BRIEF

Pursuant to Federal Rules of Appellate Procedure 2, 26(b), 27, and to Ninth Circuit Rule 31-2.2, Appellant Jaime Rogozinski for a 7-day extension of time to file his Appellate Reply Brief, up to and including **Wednesday, April 9, 2025**. The lead appellate counsel for Appellant has taken an indefinite leave of absence from the regular practice of law and has been unable to assist in this matter since his absence prior to the submission of the Answering Brief and he was the one with subject-matter expertise. Moreover, the sole remaining counsel available to work on the reply brief has been dealing with personal matters of a significant nature and also severe headaches that have inhibited his ability to complete the reply brief, including today. One more week is needed. No further extensions on this brief will be sought. The counsel appreciates the consideration of the Honorable Court.

1

Date: April 2, 2025                    Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, counsel for Appellant in this appeal, hereby declare the following:

**(1)** *Current Deadline*: April 2, 2025.

**(2)** *Original Deadline*: January 10, 2025.

**(3)** *Length of Extension*: 7 days. Final extension.

**(4)** *Reasons for Extension*: Stated above and incorporated herein.

I hereby declare that the above statements that I made in this Declaration are true, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: April 2, 2025                    Respectfully submitted,

                                       */s/ Andrew Grimm*
                                       Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This Motion contains **379** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: April 2, 2025          Respectfully submitted,

                             */s/ Andrew Grimm*
                             Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS.

Date: April 2, 2025          Respectfully submitted,

                             */s/ Andrew Grimm*
                             Andrew Grimm